## EX PARTE CONTINENTAL GIN COMPANY.

(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

STOKELEY, SCRIVER & DOMINICK, and I. M. ENGLE, for appellant. HARSH & FITTS, for appellee.

SAYRE, J.—Petition to review judgment and decision of Court of Appeals in *Continental Gin Co. v. Milbra,* 65 South. 424. Writ denied.

All the Justices concur.